## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

SCOTT JEFFREY ESTEP and
DEBRA LYNN ESTEP

      Plaintiffs,

v.

EQUIFAX INFORMATION
SERVICES, LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC,
OCWEN LOAN SERVICING, LLC,
NATIONWIDE CREDIT, INC., and
BANK OF AMERICA, N.A.

      Defendants.

Civil Action File No.:
1:16-cv-02419-ELR-LTW

## JOINT NOTICE OF SETTLEMENT AS TO
## OCWEN LOAN SERVICING, LLC AND NATIONWIDE CREDIT, INC.

Plaintiffs Scott Jeffrey Estep and Debra Lynn Estep ("Plaintiffs") and

Defendants Ocwen Loan Servicing, LLC and Nationwide Credit, Inc. (collectively,

the "Parties"), hereby notify the Court that a settlement of the above-referenced

action has been reached. The Parties anticipate needing approximately 45 days to

document and conclude the settlement. Plaintiffs will thereafter file or otherwise

move for a dismissal with prejudice as to Defendants Ocwen Loan Servicing, LLC

and Nationwide Credit, Inc. Accordingly, Plaintiffs respectfully submit that this

obviates the need for The Parties to make any other Court required filings prior to dismissal.[1]

Respectfully submitted this 16th day of December, 2016,

**BERRY & ASSOCIATES**

*/s/ Paul Sieg*
Paul Sieg
Georgia Bar No.: 334182
psieg@mattberry.com
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph.    404-235-3305
*Plaintiffs' Attorney*

**GREENBERG TRAURIG, LLP**

*/s/ Sean A. Gordon*
Sean A. Gordon
Georgia Bar No.: 777350
gordonsa@gtlaw.com
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Ph. (678) 553-2185
*Defendants, Ocwen Loan Servicing, LLC
and Nationwide Credit, Inc.'s Attorney*

---

[1] If, however, the settlement is not concluded within the next 45 days, Plaintiffs will timely notify the Court.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 16, 2016, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

BERRY & ASSOCIATES

*/s/ Paul Sieg*
Paul Sieg
Georgia Bar No.: 334182
psieg@mattberry.com

*Plaintiffs' Attorney*